**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AIS DESIGNS CO. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-837 |
| | § | |
| J.J.S. CUSTOM BUILT HOMES, | § | JURY TRIAL DEMANDED |
| INC., JOSE de JESUS SALAZAR, | § | |
| JAVIER RODRIGUEZ, VALLERI | § | |
| SALAZAR, and KWWD, LLC d/b/a | § | |
| KELLER WILLIAMS REALTY- | § | |
| WOODLANDS | § | |
| | § | |
| *Defendants*. | § | |

---

**DEFENDANTS' NOTICE OF APPEAL**

---

Defendants J.J.S. Custom Built Homes, Inc., Jose de Jesus Salazar, and Vallerie Salazar appeal to the United States Court of Appeals for the Fifth Circuit from the Court's orders entered on September 4, 2025 (Dkt. 175) and October 3, 2025 (Dkt. 190), as well as all rulings and decisions subsumed therein.

Dated:  October 28, 2025

Respectfully submitted,

*/s/ Jason S. McManis*
Jason S. McManis
Attorney-in-Charge
Texas ID No. 24088032
Federal ID No. 3138185
jmcmanis@azalaw.com
Ahmad, Zavitsanos
& Mensing PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062

**COUNSEL FOR DEFENDANTS
J.J.S. CUSTOM BUILT HOMES,
INC., JOSE DE JESUS
SALAZAR, JAVIER
RODRIGUEZ AND VALLERI
SALAZAR**

**OF COUNSEL**:

**Ahmad, Zavitsanos
& Mensing, PLLC**
Michael Killingsworth
Texas ID No. 24110089
Federal ID No. 3372610
mkillingsworth@azalaw.com
Justin Kenney
Texas ID No. 24126702
Federal ID No. 3738469
jkenney@azalaw.com
Brittainie Zinsmeyer
Texas ID No. 24115981
Federal ID No. 3700019
bzinsmeyer@azalaw.com
Spencer Packard
Texas ID No. 24125823
Federal ID 3737412
spackard@azalaw.com
Antonio X. Milton
Texas ID No. 24132553
Federal ID No. 3912473
amilton@azalaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of October, 2025.

/s/ *Jason S. McManis*
Jason S. McManis